UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNICOLORS INC., | | |
| | Plaintiff and Judgment Creditor, | 19 MC 574 (PAE) |
| -v- | | ORDER |
| CALESSA SPORTSWEAR INTERNATIONAL, LLC, | | |
| | Defendant and Judgment Debtor, | |
| and | | |
| DILLARD'S, INC., | | |
| | Third Party Custodian. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff Unicolors Inc.'s ("Unicolors") motion to compel third party custodian Dillard's, Inc. ("Dillard's") to turn over funds it holds in accounts for defendant Calessa Sportswear International, LLC ("Calessa"). Dkts. 2–4.

Dillard's opposition to the motion, if any, is due November 18, 2020. Unicolors is directed to serve this order on both Dillard's and Calessa by November 4, 2020 and to file forthwith proof of such service.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 2, 2020
    New York, New York