UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| UNICOLORS INC., | | |
| | Plaintiff and Judgment Creditor, | 19 MC 574 (PAE) |
| -v- | | ORDER |
| CALESSA SPORTSWEAR INTERNATIONAL, LLC, | | |
| | Defendant and Judgment Debtor, | |
| and | | |
| DILLARD'S, INC., | | |
| | Third Party Custodian. | |

PAUL A. ENGELMAYER, District Judge:

The Court is prepared to issue an order along the lines suggested by Unicolors Inc. ("Unicolors"), but, to assure proper form, the Court asks that counsel for Unicolors and Dillard's, Inc. ("Dillard's") collaborate in drafting mutually acceptable language. The draft is due Monday, May 24, 2021.

Unicolors is directed to serve forthwith this order on Dillard's and Calessa Sportswear International, Inc. and to file proof of such service.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER

United States District Judge

Dated: May 19, 2021
    New York, New York