UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNICOLORS INC.,<br>    Plaintiff and Judgment Creditor,<br><br>-against-<br><br>CALESSA SPORTSWEAR<br>INTERNATIONAL, LLC<br>    Defendant and Judgment Debtor;<br><br>and<br><br>DILLARD'S, INC.<br>    Third Party Custodian | Case No. 1:19-mc-00574-PAE |

Having reviewed the Motion of Plaintiff and Judgment Creditor Unicolors, Inc. ("Unicolors") to Compel Third Party Custodian Dillard's Inc. ("Dillard's") to Turn Over Funds to Satisfy Judgment against Judgment Debtor Calessa Sportswear International, LLC, as well as the accompanying Memorandum of Law, the Affirmation of Michael D. Steger, and accompanying exhibits, and having received no opposition or objections, I hereby order:

1. Dillard's to turn over to Unicolors:

    (a) The judgment amount of $16,936.75;

    (b) Interest at 1.58 percent per annum ($0.73 per day) from November 12, 2019 until  May 25, 2021  in the amount of $  410.57  ; and

    (c) $47 in costs.

2. Dillard's shall deliver such payment to the trust account of Unicolors, Inc.'s counsel, the "Law Offices of Michael D. Steger, PC Attorney Escrow Account" deliverable to the

Law Offices of Michael D. Steger, PC, 30 Ramland Road, Suite 201, Orangeburg, New York, 10962.


SO ORDERED:

_____
Hon. Paul A. Engelmayer
United States Judge

Dated: May 25, 2021
       New York, New York